1  Tanya E. Moore, SBN 206683
2  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  service@mission.legal
5
   Attorneys for Plaintiff
6  Jose Acosta

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 | JOSE ACOSTA,                              ) No.  1:16-cv-01738-LJO-SAB
                                              )
12 |            Plaintiff,                    ) **SECOND STIPULATION FOR**
                                              ) **EXTENSION OF TIME FOR**
13 |       vs.                                ) **DEFENDANTS RICHARD S. EMLER**
                                              ) **AND HONORINA EMLER TO RESPOND**
14 | DAVID PEREZ dba SUMNER'S SCHWINN         ) **TO COMPLAINT;  ORDER**
     BICYCLE SHOP, et al.,                    )
15 |                                          )
                Defendants.                   )
16                                            )
                                              )
17 |_____)

18

Page 1

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), by and through his attorneys of record, and Defendants Richard S. Emler and Honorina Emler ("Defendants," and together with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a stipulation granting Defendants to and including January 9, 2017 to file a responsive pleading in this matter (Dkt. 8);

**WHEREAS,** the Parties, along with defendants David Perez and Linda Perez, both dba Sumner's Schwinn Bicycle Shop, have reached an agreement to settle the matter and a settlement agreement has been circulated for signatures, and the Parties desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they finalize the settlement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendants may have to and including January 31, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order, including the due date of the joint scheduling report which will also be filed on January 31, 2017 in the event the settlement is not finalized.

Dated: January 19, 2017                MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
Jose Acosta

Dated: January 19, 2017                KAPETAN BROTHERS, LLP

*/s/ Marc N. Kapetan*
Marc N. Kapetan
Attorney for Defendants
Richard S. Emler and Honorina Emler

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Richard S. Emler and Honorina Emler, shall have to and including January 31, 2017 within which to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **January 19, 2017**

UNITED STATES MAGISTRATE JUDGE