# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No.  1:16-cv-01738-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 14) |
| DAVID PEREZ, et al., | DEADLINE: FEBRUARY 24, 2017 |
| Defendants. | |

On January 24, 2017, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;

2. The parties shall file dispositional documents on or before February 24, 2017; and

3. Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **January 25, 2017**

_____
UNITED STATES MAGISTRATE JUDGE